## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  William E. Scully <br>          Debtor <br><br> Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust <br>          Movant <br>    vs. <br><br> William E. Scully <br>          Debtor <br><br> Frederick L. Reigle <br>          Trustee | CHAPTER 13 <br><br><br> NO. 14-11925 SR <br><br> 11 U.S.C. Section 362 |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

  Kindly withdraw the Motion for Relief from Stay of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, which was filed with the Court on or about **February 14, 2017**.

               Respectfully submitted,

               **/s/ Thomas I. Puleo, Esquire**
               Thomas I. Puleo, Esquire
               Brian C. Nicholas, Esquire
               KML Law Group, P.C.
               BNY Mellon Independence Center
               701 Market Street, Suite 5000
               Philadelphia, PA  19106
               215-627-1322

April 19, 2017