# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| William E. Scully <br> Debtor <br><br> Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust <br> Movant <br> vs. <br><br> William E. Scully <br> Debtor <br><br> Frederick L. Reigle Esq. <br> Trustee | CHAPTER 13 <br><br> NO. 14-11925 JKF <br><br> 11 U.S.C. Section 362 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearages referenced in the motion have been cured, and Debtor(s) is/are current on post-petition loan payments through February 2018.

2. Debtor(s) shall maintain post-petition contractual monthly loan payments due to Movant going forward, beginning with the payment due March 1, 2018 in the amount of $1,496.76, which represents a monthly loan payment of $1,502.44 minus a suspense balance of $5.68.

3. In the event that the payments under Section 2 above are not tendered, the Movant shall notify Debtor(s) and Debtor(s) attorney of the default in writing and the Debtor(s) may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant immediate relief from the automatic stay, under which the stay provided by Bankruptcy Rule 4001(a)(3) is waived.

4. The stay provided by Bankruptcy Rule 4001(a)(3) is waived with respect to any Court Order approving of this stipulation and/or ordering relief per the terms agreed upon herein.

5. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

6. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

7. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage, loan, and applicable law.

8. The parties agree that a facsimile signature shall be considered an original signature.

Date: March 21, 2018         By: /s/ Kevin G. McDonald, Esquire
                             Kevin G. McDonald, Esquire
                             Attorney for Movant
                             KML Law Group, P.C.

Date: 3/26/18                *William E. Scully*
                             William E. Scully
                             Debtor

Date: 3/27/18                *Frederick L. Reigle*
                             Frederick L. Reigle
                             Chapter 13 Trustee


Approved by the Court this _____ day of _____, 2018. However, the court retains discretion regarding entry of any further order.


                             _____
                             Bankruptcy Judge
                             Jean K. Fitzsimon