United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 14-11925-jkf
William E. Scully                                                   Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Randi            Page 1 of 2          Date Rcvd: Aug 20, 2018
                            Form ID: 138NEW        Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2018.
db          +William E. Scully,    230 Tuscany Road,    Aston, PA 19014-1736
cr          +WELLS FARGO BANK N.A.,    Stern & Eisenberg, PC,    1581 Main Street,    Suite 200,
              Warrington, Pa 18976-3400
13715114    +Ditech Fin. LLC,    c/o Joshua I. Goldman, Esq.,    KML Law Group PC,    701 Market St., Ste. 5000,
              Phila., PA 19106-1541
13269302     Green Tree Servicing, LLC,    345 St. Peter St.,    1100 Landmark Towers,    Saint Paul, MN 55102
13269303    +Jill Jenkins,    KML Law Group,    Suite 5000 - BNY Mellon Center,    701 Market St.,
              Philadelphia, PA 19106-1538
13269306     Pennsylvania Department of Revenue Bureau of Compl,    5th Floor Strawberry Square,
              Harrisburg, PA 17128-0946
13269307    +Sun East Federal Credit Union,    P.O. Box 2231,    Aston, PA 19014-0231
13270546    +Wells Fargo Bank NA,    c/o Stern & Eisenberg, PC,    Leslie Rase, Eaq.,
              1581 Main St., Ste. 200,    The Shops at Valley Sq.,    Warrington, PA 18976-3400
13375147     Wells Fargo Bank National Association,    c/o Ocwen Loan Servicing, LLC,
              Attn: Bankruptcy Department,    P.O. BOX 24605,    West Palm Beach, FL 33416-4605
13854740    +Wilminton Savings Fund Society, FSB,    120 South Sixth Street, #2100,
              Minneapolis, MN 55402-1823

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov Aug 21 2018 02:25:12     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA 19102-1595
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 21 2018 02:25:08     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13318908     E-mail/Text: bankruptcy.bnc@ditech.com Aug 21 2018 02:24:38     Green Tree Servicing LLC,
              PO Box 6154,    Rapid City, SD 57709-6154,    Telephone#: 888-298-7785
13318909    +E-mail/Text: bankruptcy.bnc@ditech.com Aug 21 2018 02:24:38     Green Tree Servicing LLC,
              PO Box 0049,    Palatine, IL 60055-0049,    Telephone 60055-0049
13269304    +Fax: 407-737-5634 Aug 21 2018 03:29:50     Ocwen Loan Servicing, LLC,    1661 Worthington Rd.,
              Suite 100,    West Palm Beach, FL 33409-6493
13269305    +E-mail/Text: bankruptcygroup@peco-energy.com Aug 21 2018 02:24:38     PECO,    Bankruptcy Group,
              2301 Market St., S4-2,    Philadelphia, PA 19103-1338
13332142    +E-mail/Text: bankruptcygroup@peco-energy.com Aug 21 2018 02:24:38     PECO Energy Company,
              Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13266724     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 21 2018 02:24:45
              Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
              Harrisburg, PA  17128-0946
14181678    +E-mail/PDF: gecsedi@recoverycorp.com Aug 21 2018 02:38:07     Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*         Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2018                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2018 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    GREEN TREE SERVICING LLC, AS AUTHORIZED SERVICER
               FOR FANNIE MAE, AS OWNER AND HOLDER OF ACCOUNT/CONTRACT ORIGINATED BY GMAC MORTGAGE CORPORATION
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

```
District/off: 0313-2           User: Randi                 Page 2 of 2                   Date Rcvd: Aug 20, 2018
                               Form ID: 138NEW             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a et al .... bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
          DIMITRI L. KARAPELOU    on behalf of Debtor William E. Scully dkarapelou@karapeloulaw.com, dkarapelou@karapeloulaw.com
          JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National Association, as Indenture Trustee for GMACM HOME EQUITY LOAN TRUST 2002-HE3 paeb@fedphe.com
          JOSEPH ANGEO DESSOYE    on behalf of Creditor    GREEN TREE SERVICING LLC, AS AUTHORIZED SERVICER FOR FANNIE MAE, AS OWNER AND HOLDER OF ACCOUNT/CONTRACT ORIGINATED BY GMAC MORTGAGE CORPORATION paeb@fedphe.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a et al .... bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a et al .... bkgroup@kmllawgroup.com
          PETER J. ASHCROFT    on behalf of Creditor    GREEN TREE SERVICING LLC, AS AUTHORIZED SERVICER FOR FANNIE MAE, AS OWNER AND HOLDER OF ACCOUNT/CONTRACT ORIGINATED BY GMAC MORTGAGE CORPORATION pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a et al .... tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
          WILLIAM EDWARD MILLER    on behalf of Creditor    WELLS FARGO BANK N.A. wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

                                                                               TOTAL: 15

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: William E. Scully
    Debtor(s)

Bankruptcy No: 14–11925–jkf
Chapter: 13

---

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 8/20/18

87 – 86
Form 138_new